639 A.2d 1179

**Francis EASTER, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 12, 1994.

### *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of APRIL, 1994, appellant's appeal is hereby quashed.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94

R1800, due to the unavailability of Mr. Justice LARSEN, see No. Judicial Administration Docket No. 1, filed October 28, 1993.